**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1390**

REGINALD EVANS,

Plaintiff – Appellant,

v.

YORK COUNTY INC.; ROCK HILL INC., CITY OF; BH MANAGEMENT;
PACES RIVER APARTMENT; CLIFFORD BERINSKY; THOMAS I. HOWARD;
BROWNLEE LAW FIRM PLLC; DINA D. BIGGS; ALYSSA PRUITT; LAND
STAR TRANSPORTATION LOGISTIC INC,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Senior
District Judge.  (0:15-cv-04954-JFA)

Submitted:  August 18, 2016              Decided:  August 22, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Reginald Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Evans seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied through the filing of an amended complaint averring sufficient facts in support of Evans' claims, we conclude that the order Evans seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623 (4th Cir. 2015); Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2